EXHIBIT B

| US8843549 | Lifesize- Video Conferencing App (The accused product) |
| --- | --- |
| 1. A method for an application involving real-time notification of a client by a telephone switching system, comprising: | The accused product practices a method for an application involving real-time notification (e.g., incoming phone call notification and messaging notification received by a user utilizing Lifesize Web App) of a client by a telephone switching system.<br>lifesize App Cameras Audio Support Resources<br><br>Video, audio and web conferencing, and the ability to record and share meetings all in one application.<br>The Lifesize app is streamlined and built to enhance all of the different ways your team communicates — from one-on-one audio and video calls to full-scale company meetings among multiple locations. Features like an easy-to-use interface, screen sharing and calendar integration make it easy to replace outdated, costly, audio-only services with more meaningful face-to-face conversations. And, unlike consumer-grade apps, Lifesize was built for business. We have over a decade of experience designing HD conference room cameras and touchscreen conference phones, and we stand behind our service with a financially backed SLA with 24x7x365 support.<br>http://web.archive.org/web/20170311211143/https://www.lifesize.com/en/video-conferencing-app |

EXHIBIT B

lifesize™ App Cameras Audio Support Resources



If it has a camera and a microphone, there's a good chance it video conferences.

Whether you log in from a Lifesize® Icon™ video conferencing system in the meeting room, a laptop on your couch or a phone from the airport, it's easy to connect face to face with Lifesize. We support a wide range of devices to support BYOD (Bring Your Own Device) policies and user preferences with apps for PC and Mac® computers, Android™ and iOS phones and tablets and even a browser-based web app for Chromebooks™ and anything else that can't download applications. The experience is the same — it's just the size of the screen that changes.



Simple, consistent experience across every device



Supports BYOD programs and user device preferences



Web-based app for making calls without downloads

http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform

EXHIBIT B




http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform

EXHIBIT B

| | |
|---|---|
| | <br>Source: Lifesize App User's Account |
| a) opening a connection between the client and a server; | The accused product practices opening a connection between the client (e.g., when a user login to Lifesize Web App account for receiving incoming calls) and a server (e.g., Lifesize server). |

EXHIBIT B

| | |
|---|---|
| | <br>http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform |

EXHIBIT B

| | |
|---|---|
| | <br>Lifesize App works on web browsers, hence works on web based connections<br>http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform |




Source: Lifesize App User's Account

EXHIBIT B

EXHIBIT B

lifesize

App | Cameras | Audio | Support | Resources



If it has a camera and a microphone, there's a good chance it video conferences.

Whether you log in from a Lifesize® Icon™ video conferencing system in the meeting room, a laptop on your couch or a phone from the airport, it's easy to connect face to face with Lifesize. We support a wide range of devices to support BYOD (Bring Your Own Device) policies and user preferences with apps for PC and Mac® computers, Android™ and iOS phones and tablets and even a browser-based web app for Chromebooks™ and anything else that can't download applications. The experience is the same — it's just the size of the screen that changes.



Simple, consistent experience across every device



Supports BYOD programs and user device preferences



Web-based app for making calls without downloads

http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform

EXHIBIT B

| | |
|---|---|
| | <br>Source: Lifesize App User's Account |
| b) transmitting notification messages from the telephone switching system to the server using a networking protocol; | The accused product practices transmitting notification messages from the telephone switching system (e.g. calls that originate from a traditional phone switching network) to the server (e.g., Lifesize server) using a networking protocol (e.g., IP). |

EXHIBIT B

| | |
|---|---|
| | <br>http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform |

EXHIBIT B

| | |
|---|---|
| | lifesize™ App Cameras<br><br>Tech Specs<br><br>Browser Support<br>• Google Chrome™<br>• Internet Explorer® 11<br><br>Mobile Support<br>• Android version 4.1 or later<br>• iOS version 8.0 or later<br>• Windows version 8.0 or later<br><br>Lifesize App works on web browsers, hence works on web based connections<br><br>Download Datasheet<br><br>http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform |

EXHIBIT B

lifesize™

App Cameras Audio Support Resources



If it has a camera and a microphone, there's a good chance it video conferences.

Whether you log in from a Lifesize® Icon™ video conferencing system in the meeting room, a laptop on your couch or a phone from the airport, it's easy to connect face to face with Lifesize. We support a wide range of devices to support BYOD (Bring Your Own Device) policies and user preferences with apps for PC and Mac® computers, Android™ and iOS phones and tablets and even a browser-based web app for Chromebooks™ and anything else that can't download applications. The experience is the same — it's just the size of the screen that changes.



Simple, consistent experience across every device



Supports BYOD programs and user device preferences



Web-based app for making calls without downloads

http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform

EXHIBIT B




Source: Lifesize App User's Account

EXHIBIT B

| | |
|---|---|
| | <br>Source: Lifesize App User's Account |
| c) transforming the notification messages at the server into a programming language code and using said | The accused product practices transforming the notification messages (e.g., incoming phone call notification and messaging notification received by a user utilizing Lifesize Web App) at the server (e.g., Lifesize server) into a programming language code (e.g., markup language code such as HTML code) and using said networking protocol (e.g., IP) for sending the programming language code to the client (e.g., a user utilizing a web browser based version of the Lifesize App wherein the programming language code is executable by the client's browser (e.g., the web browser of a user). |

EXHIBIT B

| | |
|---|---|
| networking protocol for sending the programming language code to the client, wherein the programming language code is executable by the client's browser; | <br>http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform |




Source: Lifesize App User's Account

EXHIBIT B

EXHIBIT B

lifesize™

App | Cameras | Audio | Support | Resources



## If it has a camera and a microphone, there's a good chance it video conferences.

Whether you log in from a Lifesize® Icon™ video conferencing system in the meeting room, a laptop on your couch or a phone from the airport, it's easy to connect face to face with Lifesize. We support a wide range of devices to support BYOD (Bring Your Own Device) policies and user preferences with apps for PC and Mac® computers, Android™ and iOS phones and tablets and even a browser-based web app for Chromebooks™ and anything else that can't download applications. The experience is the same — it's just the size of the screen that changes.

Simple, consistent experience across every device

Supports BYOD programs and user device preferences

Web-based app for making calls without downloads

http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform

EXHIBIT B



Source: Lifesize App User's Account

EXHIBIT B




Source: Lifesize App User's Account

EXHIBIT B

| | |
|---|---|
| | **What is a Markup Language?**<br><br>To properly define this term - a markup language is a language that annotates text so that the computer can manipulate that text. Most markup languages are human readable because the annotations are written in a way to distinguish them from the text itself. For example, with HTML, XML, and XHTML, the markup tags are < and >. Any text that appears within one of those characters is considered part of the markup language and not part of the annotated text. For example:<br>https://www.lifewire.com/what-are-markup-languages-3468655<br><br>**HTML—HyperText Markup Language**<br><br>HTML or HyperText Markup Language is the primary language of the Web and the most common one you will work with as a web designer/developer. In fact, it may be the only markup language you use in your work.<br><br>All web pages are written in a flavor of HTML. HTML defines the way that images, multimedia, and text are displayed in web browsers. This language includes elements to connect your documents (hypertext) and make your web documents interactive (such as with forms). Many people call HTML "website code", but in truth it is really just a markup language. Neither term is strictly wrong and you will hear people, including web professionals, use these two terms interchangeably.<br><br>HTML is a defined standard markup language. It is based upon SGML (Standard Generalized Markup Language). It is a language that uses tags to define the structure of your text. Elements and tags are defined by the < and > characters.<br><br>https://www.lifewire.com/what-are-markup-languages-3468655 |
| d) using an HTTP streaming | The accused product uses an HTTP streaming (e.g., call or a messaging session streaming to a user's web browser) mechanism for transmission of the notification (e.g., incoming phone call notification and messaging notification |

EXHIBIT B

| | |
|---|---|
| mechanism for transmission of the notification from the server to the browser through the open connection, whereby the connection between the client and the server remains open in the intervening period between the transmission of individual notification messages; and | received by a user utilizing Lifesize Web App) from the server (e.g., Lifesize server) to the browser (e.g., web browser of the user such as Google Chrome) through the open connection (e.g., a chat or a call queue which supports transmission and storage of notifications from Lifesize server to a said website with the Web Widget), whereby the connection between the client and the server remains open in the intervening period between the transmission of individual notification messages.   http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform |




Source: Lifesize App User's Account

EXHIBIT B




Source: Lifesize App User's Account

EXHIBIT B




Source: Lifesize App User's Account

EXHIBIT B

EXHIBIT B

| | |
|---|---|
| | HTML (**H**yper**t**ext **M**arkup **L**anguage) is a language for marking the normal text so that it gets converted into hypertext. Again, not so clear. Basically, HTML tags (e.g. "<head>", "<body>" etc.) are used to *tag* or *mark* normal text so that it becomes hypertext and several hypertext pages can be interlinked with each other resulting in the Web. Please note that the HTML tags are used to help render web pages as well in the Browser. On the contrary, HTTP (**H**yper**t**ext **T**ransfer **P**rotocol) is a protocol for transferring the hypertext pages from Web Server to Web Browser. For exchanging web pages between Server and Browser, an HTTP session is setup using protocol methods (e.g. GET, POST etc.). This would be explained in another post.<br><br>To understand this difference between HTML and HTTP, we can think of an analogy. Think of *HTML as C language* and *HTTP as FTP*. Now one can write C programs in C language and then one can transfer these C programs from Server to Clients using FTP (i.e. File transfer protocol). Same way, web pages (which are mostly HTML pages) are written in HTML and these web pages are exchanged between Server and Clients using HTTP. Since HTML is a language and HTTP is a protocol, they are two different things though related. In fact, it's possible to exchange HTML web pages without HTTP (e.g. using FTP to transfer HTML pages). Even, it's possible to transfer non HTML pages using HTTP (e.g. using HTTP to transfer XML pages). More details on XML in some other post. We hope that the above clarifies the difference between HTML and HTTP.<br><br>https://www.geeksforgeeks.org/whats-difference-html-http/ |
| e) executing the programming language codes by the browser whereby the respective notification messages are | The accused product practices executing the programming language codes (e.g., markup language code such as HTML code) by the browser (e.g., web browser of the user such as Google Chrome) whereby the respective notification messages are displayed or outputted (e.g., display notification or play sound) at the client.<br><br>. |

EXHIBIT B

| | |
|---|---|
| displayed or outputted at the client. | <br>http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform |

EXHIBIT B

| | |
|---|---|
| | <br>Source: Lifesize App User's Account |

EXHIBIT B

| | |
|---|---|
| | **HTML—HyperText Markup Language**<br><br>HTML or HyperText Markup Language is the primary language of the Web and the most common one you will work with as a web designer/developer. In fact, it may be the only markup language you use in your work.<br><br>All web pages are written in a flavor of HTML. HTML defines the way that images, multimedia, and text are displayed in web browsers. This language includes elements to connect your documents (hypertext) and make your web documents interactive (such as with forms). Many people call HTML "website code", but in truth it is really just a markup language. Neither term is strictly wrong and you will hear people, including web professionals, use these two terms interchangeably.<br><br>HTML is a defined standard markup language. It is based upon SGML (Standard Generalized Markup Language). It is a language that uses tags to define the structure of your text. Elements and tags are defined by the < and > characters.<br><br>https://www.lifewire.com/what-are-markup-languages-3468655 |

EXHIBIT B

lifesize

App Cameras Audio Support Resources



## If it has a camera and a microphone, there's a good chance it video conferences.

Whether you log in from a Lifesize® Icon™ video conferencing system in the meeting room, a laptop on your couch or a phone from the airport, it's easy to connect face to face with Lifesize. We support a wide range of devices to support BYOD (Bring Your Own Device) policies and user preferences with apps for PC and Mac® computers, Android™ and iOS phones and tablets and even a browser-based web app for Chromebooks™ and anything else that can't download applications. The experience is the same — it's just the size of the screen that changes.

Simple, consistent experience across every device

Supports BYOD programs and user device preferences

Web-based app for making calls without downloads

http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform




Source: Lifesize App User's Account

EXHIBIT B

EXHIBIT B

| | |
|---|---|
| | <br>Source: Lifesize App User's Account |
| 4. The method according to claim 1, further comprising: using the HTTP protocol for the | The accused product uses the HTTP protocol (e.g., by means of a http browser) for the client-server connection. |

EXHIBIT B

<table>
<tr>
<td>client-server connection.</td>
<td>



http://web.archive.org/web/20170419014946/https://www.lifesize.com/en/video-conferencing-app/multi-platform
</td>
</tr>
</table>




Source: Lifesize App User's Account

EXHIBIT B



Source: Lifesize App User's Account

EXHIBIT B

EXHIBIT B

| | |
|---|---|
| | HTML (**H**yper**t**ext **M**arkup **L**anguage) is a language for marking the normal text so that it gets converted into hypertext. Again, not so clear. Basically, HTML tags (e.g. "<head>", "<body>" etc.) are used to *tag* or *mark* normal text so that it becomes hypertext and several hypertext pages can be interlinked with each other resulting in the Web. Please note that the HTML tags are used to help render web pages as well in the Browser. On the contrary, HTTP (**H**yper**t**ext **T**ransfer **P**rotocol) is a protocol for transferring the hypertext pages from Web Server to Web Browser. For exchanging web pages between Server and Browser, an HTTP session is setup using protocol methods (e.g. GET, POST etc.). This would be explained in another post.<br><br>To understand this difference between HTML and HTTP, we can think of an analogy. Think of *HTML as C language* and *HTTP as FTP*. Now one can write C programs in C language and then one can transfer these C programs from Server to Clients using FTP (i.e. File transfer protocol). Same way, web pages (which are mostly HTML pages) are written in HTML and these web pages are exchanged between Server and Clients using HTTP. Since HTML is a language and HTTP is a protocol, they are two different things though related. In fact, it's possible to exchange HTML web pages without HTTP (e.g. using FTP to transfer HTML pages). Even, it's possible to transfer non HTML pages using HTTP (e.g. using HTTP to transfer XML pages). More details on XML in some other post. We hope that the above clarifies the difference between HTML and HTTP.<br><br>https://www.geeksforgeeks.org/whats-difference-html-http/ |